

Dale Wainwright, Co-Chair
National Appeals & Legal Issues
Tel 512.320.7226
Fax 512.320.7210
wainwrightd@gtlaw.com

ACCEPTED
15-25-00109-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
7/15/2025 9:14 AM
CHRISTOPHER A. PRINE
CLERK

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS

7/15/2025 9:14:30 AM
CHRISTOPHER A. PRINE
Clerk

July 15, 2025

Christopher A. Prine                          ***Via Electronic Filing***
Clerk of the Court
Fifteenth Court of Appeals
P.O. Box 12852
Austin, Texas 78711

> Re: Cause No. 15-25-00109-CV, *Storable, Inc.; RedNova Labs, Inc. (d/b/a storEDGE); Sitelink Software, LLC; Easy Storage Solutions, LLC; Bader Co.; and Property First Group, LP v. Safelease Insurance Services, LLC*

Dear Mr. Prine:

Relators submit this letter to inform the Court that Relators intend to file by July 25, 2025 a reply supporting their Petition for Writ of Mandamus. Real Parties in Interest filed their response to the Petition on July 11.

Please advise if the Court desires the filing sooner.

Best Regards,

*Dale Wainwright*

Dale Wainwright
*Counsel for Relators*

**Greenberg Traurig, LLP | Attorneys at Law**

300 West 6th Street | Suite 2050 | Austin, TX 78701 | T +1 512.320.7200 | F +1 512.320.7210

Albany. Amsterdam. Atlanta. Austin. Berlin. Boston. Chicago. Dallas. Delaware. Denver. Fort Lauderdale. Houston. Las Vegas. London. Los Angeles. Mexico City. Miami. Milan. Minneapolis. Nashville. New Jersey. New York. Northern Virginia. Orange County. Orlando. Philadelphia. Phoenix. Sacramento. Salt Lake City. San Francisco. Seoul. Shanghai. Silicon Valley. Tallahassee. Tampa. Tel Aviv. Tokyo. Warsaw. Washington, D.C. West Palm Beach. Westchester County.

Operates as: "Greenberg Traurig Germany, LLP; *A separate UK registered legal entity; "Greenberg Traurig, S.C.; "Greenberg Traurig Santa Maria; ""Greenberg Traurig LLP Foreign Legal Consultant Office; ^A branch of Greenberg Traurig, P.A., Florida, USA; ®GT Tokyo Horitsu Jimusho; "Greenberg Traurig Grzesiak sp.k.

www.gtlaw.com

**CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing document was served on counsel of record by using the Court's e-filing system on the 15th day of July 2025, addressed as follows:

STONE HILTON PLLC

Judd E. Stone II
judd@stonehilton.com
Christopher D. Hilton
chris@stonehilton.com
600 Congress Ave.,
Austin, Texas 78701
T: (737) 465-7248

YETTER COLEMAN LLP

R. Paul Yetter
pyetter@yettercoleman.com
Susanna R. Allen
sallen@yettercoleman.com
Luke A. Schamel
lschamel@yettercoleman.com
Shannon N. Smith
ssmith@yettercoleman.com
811 Main Street, Suite 4100
Houston, Texas 77002
T: (713) 632-8000

LOCKELAW PLLC

Adam Locke
adam@lockelaw.com
2617 Bissonnet, Suite 503
Houston, Texas 77005
T: (713) 832-0242

COUNSEL FOR REAL PARTIES IN INTEREST

I also certify that a copy of the foregoing document will be served by email on Respondent on the 15th day of July 2025, addressed as follows:

Honorable Melissa Andrews
Third Division of the Texas Business Court
Herman Marion Sweatt Courthouse
Courtroom 421
1000 Guadalupe St.
Austin, Texas 78701
BCDivision3A@txcourts.gov

/s/ Dale Wainwright
Dale Wainwright

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Sylvia Dominguez on behalf of Dale Wainwright
Bar No. 49
sylvia.dominguez@gtlaw.com
Envelope ID: 103129457
Filing Code Description: Letter
Filing Description: 2025-07-15 Ltr RE Reply ISO Mandamus
Status as of 7/15/2025 9:23 AM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Delonda Dean | | ddean@yettercoleman.com | 7/15/2025 9:14:30 AM | SENT |
| Yetter Coleman | | efile@yettercoleman.com | 7/15/2025 9:14:30 AM | SENT |
| Adam Locke | 24083184 | adam@lockelaw.com | 7/15/2025 9:14:30 AM | SENT |
| Courtney Smith | | csmith@yettercoleman.com | 7/15/2025 9:14:30 AM | SENT |
| Julia Risley | 24132932 | jrisley@yettercoleman.com | 7/15/2025 9:14:30 AM | SENT |
| Judd Stone | | Judd@stonehilton.com | 7/15/2025 9:14:30 AM | SENT |
| Christopher Hilton | | chris@stonehilton.com | 7/15/2025 9:14:30 AM | SENT |
| R. Paul Yetter | | pyetter@yettercoleman.com | 7/15/2025 9:14:30 AM | SENT |
| Susanna R.Allen | | sallen@yettercoleman.com | 7/15/2025 9:14:30 AM | SENT |
| Luke A.Schamel | | lschamel@yettercoleman.com | 7/15/2025 9:14:30 AM | SENT |
| Shannon Smith | | ssmith@yettercoleman.com | 7/15/2025 9:14:30 AM | SENT |
| Cathy Hodges | | catherine.hodges@aporter.com | 7/15/2025 9:14:30 AM | SENT |
| Alyssa Smith | | asmith@yettercoleman.com | 7/15/2025 9:14:30 AM | SENT |

Associated Case Party: Storable, Inc.

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Dale Wainwright | | dale.wainwright@gtlaw.com | 7/15/2025 9:14:30 AM | SENT |
| Justin Bernstein | | bernsteinju@gtlaw.com | 7/15/2025 9:14:30 AM | SENT |